UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: 111 - 97

JADENAE TRABACCHI

Plaintiff(s)

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, ETAL

Defendant(s)

Index #: 24-CV-6123-TAM

Date Filed:

**AFFIRMATION OF SERVICE**

**ORIGINAL**

SIEH CLARK AFFIRMS AND SAYS AFFIRMANT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 24, 2024 at 01:26 PM at

C/O NEW YORK CITY LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Affirmant served the within true copy/copies of the SUMMONS IN A CIVIL ACTION AND COMPLAINT on KATHERINE RODI, DIRECTOR OF EMPLOYER BENEFITS, the defendant/respondent therein named,

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to ARITON MARKE, LEGAL CLERK a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. He identified himself as being AUTHORIZED to accept for the defendant/respondent.

Affirmant further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 46 | 5'8 | 170 |

GLASSES

**MAILING**    Affirmant enclosed a true copy of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

C/O NEW YORK CITY LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on September 24, 2024 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the person to be served.

REC'D IN PRO SE OFFICE
SEP 26 '24 PM 1:24

Pursuant to New York Civil Practice Law Rules 2106 - I affirm on 24 day of September, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Gotham Process Inc.
Lic. 1251720-DCA
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 2066971-DCA
Docket #:    *1308205*

ORIGINAL

REC'D IN PRO SE OFFICE

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jadenae Trabacchi <br><br> *Plaintiff(s)* <br> v. <br><br> The Department of Education of The City of New York, David Banks Chancellor and Katherine Rodi Director of Employer Benefits <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 24-cv-6123-TAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Department of Education of The City of New York, 65 Court Street, Brooklyn, NY 11201

David Banks, Chancellor, 65 Court Street, Brooklyn, NY 11201

Katherine Rodi, Director of Employer Benefits, 100 Gold Street, New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jadenae Trabacchi, 8420 20th Avenue, Apt C1, Brooklyn, NY 11214

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 08/30/2024

*Dmb*

*Signature of Clerk or Deputy Clerk*