UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JADENAE TRABACCHI,

                                        Plaintiff,

            -against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, DAVID BANKS, Chancellor, and KATHERINE RODI, Director of Employee Relations,

                                        Defendants.

------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

24-cv-06123 (TAM)

**PLEASE TAKE NOTICE** that **KATHLEEN M. LINNANE**, Assistant Corporation Counsel, on behalf of Muriel Goode-Trufant, Acting Corporation Counsel of the City of New York, appears herein as counsel of record for defendant The Department of Education of the City of New York. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications, or other information relating to this matter be directed to me at the address below.

Dated:      New York, New York
              October 3, 2024

                                                /s/ *Kathleen M. Linnane*
                                                      Kathleen M. Linnane
                                                    Assistant Corporation Counsel

Cc:  Jadenae Trabacchi (via ECF, USPS, and email)
       Pro se Plaintiff