Jadenae Trabacchi
8420 20th Avenue, Apt. C 1
Brooklyn, NY 11214
Email: JadenaeTrabacchi@gmail.com
PRO SE

**VIA ECF**

Honorable Taryn A. Merkl                                                         November 19, 2025
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Trabacchi v. Department of Education of the City of New York, et al.</u><br>24-cv-06123 (TAM)

Dear Magistrate Judge Merkl:

I, Jadenae Trabacchi, am the Pro Se Plaintiff in the above cited case. In compliance with your Order to give you proof of proper service on the Chancellor of the New York City Department of Education and Katherine Rodi, Director of Employee Relations, I uploaded the Affidavit of Betsy Combier, Summons of Defendant Rodi in my case, and service of Defendant Rodi in the case of Corrine Lynch, on November 19, 2025. In her Affidavit, Ms. Combier mentions many recent cases filed in this Court wherein Katherine Rodi is a Defendant and was served at 100 Church Street in Manhattan. The Corporation Counsel in all of these other cases never mention any problems with service on the Chancellor or Katherine Rodi.

I want to supplement the information that Ms. Katherine Rodi and the Chancellor were served properly and that Attorneys Linnane and Lynn fabricated a "problem" in my case, by informing you that Attorneys Linnane, Lynn and Reynolds made no argument whatsoever as to the alleged "improper service" of the Chancellor and Katherine Rodi in the case they are working on:

Baker-Pacius, et al. v. The Dep't of Education of the City of New York, et al., 25-cv-00743 (AMD)(JAM)

In that case, the Chancellor, Department of Education, and Katherine Rodi were all served at 100 Church Street, N.Y., N.Y. 10007 on 4/29/25. The Summonses for each were filed on 5/2/25 (Docket #11).

I thank this Court for requesting a reason for their claim of improper service, and I look forward to obtaining a valid answer to the question I have asked, namely why the Defendants say there a "problem with improper service" in my case, and none other?

Respectfully,

/s/Jadenae Trabacchi

CC: Attorney Brigid Lynn