Jadenae Trabacchi
8420 20th Avenue, Apt. C1
Brooklyn, NY 11214
Email: JadenaeTrabacchi@gmail.com PRO SE

**VIA ECF**

Honorable Taryn A. Merkl  December 2, 2025
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Trabacchi v. Department of Education of the City of New York, et al. 24-cv-06123 (TAM)**

Dear Magistrate Judge Merkl:

I am the plaintiff Pro Se in the case cited above. I have just received an email asking for another extension of time from the defendant and my response is that they should not get an extension in time due to their bad faith and not discussing settlement with me, as ordered by the court.

Signed,

/s/ Jadenae Trabacchi

Jadenae Trabacchi

CC: Brigid Lynn *via Email*