UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JADENAE TRABACCHI,

                                Plaintiff,

-against-

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES-RAMOS, Chancellor, and KATHERINE RODI, Director of Employee Relations,

                                Defendants.

**DECLARATION OF BRIGID LYNN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT**

No. 24 CV 6123(RPK)(TAM)

------------------------------------------------------------------------X

      **BRIGID LYNN** declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

      1.    I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-captioned proceeding.

      2.    I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

      3.    Attached hereto as Exhibit "A" is a true and correct copy of the Martin F. Scheinman Impact Arbitration Agreement, dated September 10, 2021.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       December 12, 2025

          **MURIEL GOODE-TRUFANT**
          Corporation Counsel of the
            City of New York
          Attorney for Defendants
          100 Church Street, Second Floor
          New York, New York 10007
          (212) 356-2481

By:   /s/ Brigid Lynn
       Brigid Lynn
       Assistant Corporation Counsel